IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GERBER LIFE INSURANCE, COMPANY, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO. 5:13-cv-000327-FL |
| v. ) ) | |
| LATONYA W. MONTGOMERY-CAUDLE and TERRANCE MASON, ) ) ) | |
| Defendant. ) ) | |

## ORDER

IT APPEARING TO THE COURT that Plaintiff Gerber Life Insurance Company properly filed a Motion for Entry of Default Against Defendant Latonya W. Montgomery-Caudle pursuant to Fed. R. Civ. P. 55(a) on July 22, 2013; and

IT FURTHER APPEARING TO THE COURT Ms. Montgomery-Caudle was served with a copy of the Summons and Petition for Interpleader on May 13, 2013; and

IT FURTHER APPEARING TO THE COURT that the amount of time allotted for Defendant Latonya W. Montgomery-Caudle to file a responsive pleading has passed;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff Gerber Life Insurance Company's Motion for Entry of Default Against Defendant Latonya W. Montgomery-Caudle is hereby **GRANTED**.

**SO ORDERED** this 21st day of August, 2013.

*Julie A. Richards*
Julie A. Richards
Clerk of Court