UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GERBER LIFE INSURANCE COMPANY, )
)
          Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-327-FL
LATONYA W. MONTGOMERY-CAUDLE )
and TERRANCE MASON, )
)
          Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 23, 2013, for the reasons set forth more specifically therein, plaintiff is dismissed from this action. Defendant Latonya W. Montgomery-Caudle is awarded the amount of Seven Thousand Six Hundred Fifty-Nine Dollars and 66/100 Cents ($7,659.66). Defendant Terrance Mason shall have and recover nothing. Plaintiff shall bear the costs of the action.

**This Judgment Filed and Entered on September 26, 2013, and Copies To:**
Keenan G. Loomis (via CM/ECF Notice of Electronic Filing)
Latonya W. Montgomery-Caudle (via U.S. Mail) Fort Bragg Military Housing Area,
    Linden Oaks Subdivision, 1 Charlotte Street, Cameron, NC 28326
Terrance Mason (via U.S. Mail) 1120 Ferwood Avenue, Toledo, OH 43607
Brett A. Lamborn, Captain, Judge Advocate (via U.S. Mail) United States Army
    Office of the Staff Judge Advocate, 1791 Gulick Avenue, Building 709,
    Fort Stewart, GA 31314


September 26, 2013        JULIE A. RICHARDS, CLERK
                               /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk